# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| KYLE BOSARGE, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:18-cv-240-TFM-N |
| MOBILE AREA WATER & SEWER SERVICE, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiff's claims are hereby **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 56(a).

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 29th day of May 2020.

                                                              s/Terry F. Moorer
                                                             **TERRY F. MOORER**
                                                             **UNITED STATES DISTRICT JUDGE**